UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNI-TOP ASIA INVESTMENT LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS<br>                    Petitioner. | Civil Action No.  CIV-18-783-W<br><br>Misc. Action No. 6 |

## CHESAPEAKE ENERGY CORPORATION'S DISCLOSURE STATEMENT

Chesapeake Energy Corporation submits the following disclosure statement consistent with Federal Rule of Civil Procedure 7.1. Chesapeake Energy Corporation is a publicly traded corporation organized under the laws of the State of Oklahoma and has its principal place of business in Oklahoma City, Oklahoma.  No publicly held corporation owns ten percent (10%) or more of the stock of Chesapeake Energy Corporation.

Respectfully submitted,

*/s/ Timothy J. Bomhoff*
Timothy J. Bomhoff, OBA # 13172
Patrick L. Stein, OBA # 30737
Nick M. Coffey, OBA # 32754
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Tel. (405) 235-9621
Fax. (405) 235-0439
tim.bomhoff@mcafeetaft.com
patrick.stein@mcafeetaft.com
nick.coffey@mcafeetaft.com

and

Greg Curry
TX State Bar No. 05270300
(pro hac vice forthcoming)
THOMPSON & KNIGHT, LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas  75201
Tel. (214) 969-1700
Fax. (214) 969-1751
Greg.Curry@tklaw.com
**ATTORNEYS FOR RESPONDENTS**

## Certificate of Service

      I certify that on August 16, 2018, I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing. A Notice of Electronic Filing will be automatically transmitted to the CM/ECF registrants currently on file:

Joe M. Hampton
Amy J. Pierce
CORBYN HAMPTON BARGHOLS PIERCE, PLLC
211 North Robinson, Suite 1910
Oklahoma City, OK 73102
jhampton@corbynhampton.com
apierce@corbynhampton.com
**ATTORNEYS FOR UNI-TOP ASIA LIMITED**

                                  /s/    *Timothy J. Bomhoff*
                                      Timothy J. Bomhoff