UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNI-TOP ASIA INVESTMENT LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS<br>    Petitioner. | Civil Action No.  CIV-18-783-W<br><br>Misc. Action No. 6 |

## DEVON ENERGY CORPORATION'S DISCLOSURE STATEMENT

Devon Energy Corporation submits the following disclosure statement consistent with Federal Rule of Civil Procedure 7.1. Devon Energy Corporation is a publicly traded corporation organized under the laws of Delaware and has its principal place of business in Oklahoma.  The Vanguard Group purports to have a beneficial ownership stake of more than 10% of the stock of Devon Energy Corporation.

Respectfully submitted,

*/s/ Timothy J. Bomhoff*
Timothy J. Bomhoff, OBA # 13172
Patrick L. Stein, OBA # 30737
Nick M. Coffey, OBA # 32754
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson Avenue
Oklahoma City, OK 73102
Tel. (405) 235-9621
Fax. (405) 235-0439
tim.bomhoff@mcafeetaft.com
patrick.stein@mcafeetaft.com
nick.coffey@mcafeetaft.com

    and

    Greg Curry
    TX State Bar No. 05270300
    (pro hac vice forthcoming)
    THOMPSON & KNIGHT, LLP
    One Arts Plaza
    1722 Routh Street, Suite 1500
    Dallas, Texas  75201
    Tel. (214) 969-1700
    Fax. (214) 969-1751
    Greg.Curry@tklaw.com
    **ATTORNEYS FOR RESPONDENTS**

## Certificate of Service

I certify that on August 16, 2018, I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing. A Notice of Electronic Filing will be automatically transmitted to the CM/ECF registrants currently on file:

Joe M. Hampton
Amy J. Pierce
CORBYN HAMPTON BARGHOLS
PIERCE, PLLC
211 North Robinson, Suite 1910
Oklahoma City, OK 73102
jhampton@corbynhampton.com
apierce@corbynhampton.com
**ATTORNEYS FOR UNI-TOP
ASIA LIMITED**

    /s/     *Timothy J. Bomhoff*
          Timothy J. Bomhoff