## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNI-TOP ASIA INVESTMENT LIMITED FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS<br><br>      Petitioner. | Civil Action No.  CIV-18-783-W<br><br>Misc. Action No. 6 |

## TIPTOP US HOLDING CORPORATION'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Tiptop US Holding Corporation discloses that it is 100% owned by Sinopec International Petroleum and Production Corporation.

             Respectfully submitted,

             */s/ Timothy J. Bomhoff*
             Timothy J. Bomhoff, OBA # 13172
             Patrick L. Stein, OBA # 30737
             Nick M. Coffey, OBA # 32754
             McAfee & Taft A Professional Corporation
             Tenth Floor, Two Leadership Square
             211 North Robinson Avenue
             Oklahoma City, OK 73102
             Tel. (405) 235-9621
             Fax. (405) 235-0439
             tim.bomhoff@mcafeetaft.com
             patrick.stein@mcafeetaft.com
             nick.coffey@mcafeetaft.com

             and

             Greg Curry
             TX State Bar No. 05270300
             (pro hac vice forthcoming)
             THOMPSON & KNIGHT, LLP
             One Arts Plaza

1722 Routh Street, Suite 1500
Dallas, Texas  75201
Tel. (214) 969-1700
Fax. (214) 969-1751
Greg.Curry@tklaw.com
**ATTORNEYS FOR RESPONDENTS**

## Certificate of Service

I certify that on August 16, 2018, I electronically transmitted the above document to the Clerk of Court using the CM/ECF system for filing. A Notice of Electronic Filing will be automatically transmitted to the CM/ECF registrants currently on file:

Joe M. Hampton
Amy J. Pierce
CORBYN HAMPTON BARGHOLS
PIERCE, PLLC
211 North Robinson, Suite 1910
Oklahoma City, OK 73102
jhampton@corbynhampton.com
apierce@corbynhampton.com
**ATTORNEYS FOR UNI-TOP ASIA LIMITED**

/s/   *Timothy J. Bomhoff*
       Timothy J. Bomhoff